UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONNEY EARL WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-1777 |
| | § | |
| BUSTO, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

For the reasons set forth in the Court's *Order of Dismissal* of even date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.